Chalmus BOLDEN, Jr., Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2006–3158.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2006.

MICHEL, Chief Judge, LOURIE and BRYSON, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Nancy J. SCHUCKER, Petitioner,

v.

FEDERAL DEPOSIT INSURANCE CORPORATION, Respondent.

No. 2006–3221.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2006.

MAYER, SCHALL, and GAJARSA, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.